■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVINEIL BROWN, Appellant. [49 NYS3d 629]—Appeal by the defendant from a judgment of the Supreme Court, Kings County

(Del Giudice, J.), rendered July 31, 2014, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that he was denied the effective assistance of counsel because defense counsel declined to object to annotations to the verdict sheet is without merit (*see* CPL 310.20 [2]; *People v Baldi*, 54 NY2d 137 [1981]; *People v Bruce*, 130 AD3d 938 [2015]; *People v Reyes*, 49 AD3d 565, 567 [2008]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80, 83 [1982]). Mastro, J.P., Chambers, Miller and Barros, JJ., concur.